**U.S. Department of Labor**   Employment Standards Administration
10127 Morocco, Suite 140
San Antonio, Texas 78216
308-4514   Fax 308-4518

July 12, 2017

Ms. Deidra Wynne
108 Ridgewood Dr.
Georgetown, TX 78628

Subject: Jubilee Academic Center/Charter School – LFN: 2017-310-00061/WCID: 1807338

Dear Ms. Wynne:

A recent investigation of the above referenced firm under the Family and Medical Leave Act (FMLA) indicates that the actions taken by that firm were not in accordance with the FMLA. We determined that your rights were violated as a result of their actions.

The firm was requested to make you whole and restore those rights under the Family and Medical Leave Act. This includes the payment of back wages and benefits due to you. The firm has refused to comply with this request. In this regard, the U.S. Department of Labor, Wage and Hour Division has the authority to supervise voluntary compliance with the Act but cannot order such action. Only the courts have that authority. We have reviewed all the circumstances in this case and it has been determined this case is not suitable for court action by the Department of Labor. Consequently, we can take no further action to protect your rights.

The fact that we will take no further action on your behalf does not affect your private right under the Act to bring an independent lawsuit under Section 107 of the FMLA. This right of private action allows you to seek all back wages, damages, court costs, fees, liquidated damages, and attorney's fees in a court of competent jurisdiction. The Department of Labor does not encourage nor does it discourage such suits. The decision is entirely up to you. However, keep in mind that such recovery of restitution under this law is subject to a statute of limitations. Generally, this means that an action may be brought under this section not later than two (2) years after the date of the last event constituting the alleged violations, three (3) years in the case of willful violations.

Sincerely,

Erica Holder
Assistant District Director