Gmail

**Deidra Wynne** <wynne2saywynne@gmail.com>

*Ongoing "last act"*

## The other "r" word
1 message

**Deidra Wynne** <wynne2saywynne@gmail.com>  Mon, Jul 24, 2017 at 5:23 PM
To: Adam Courtin <acourtin@slh-law.com>

Ah, that gets me all warm and fuzzy every time I think of it.

The true Jubilee way, gush.

All I have to do is acquiesce to having been terminated illegally, having my family pushed off a cliff..., career and reputation very possibly irretrievably damaged...earnings severed, and I get that golden ticket of a "neutral" reference?

There you go again.

Oh irony, thy name is Jubilee.

A great many of those of us in education are averse to bullying, turns out.

http://tea.texas.gov/Texas_Schools/Safe_and_Healthy_Schools/Coordinated_School_Health/Coordinated_School_Health_-_Bullying_and_Cyber-bullying/

Sent from my iPhone

On Jul 24, 2017, at 3:34 PM, Adam Courtin <acourtin@slh-law.com> wrote:

> Ms. Wynne,
>
> I am writing to address your below comment that you cannot find a job. In an effort to facilitate your job search efforts, Jubilee offered in September 2016 to change the basis of your separation of employment from termination to resignation, and to provide a neutral job reference, if you had requested the same; however, you did not. That offer was never withdrawn, and still stands.
>
> I received your voice message from Friday. At this time, I prefer to limit our communications to email and written correspondence.
>
> Sincerely,
> Adam Courtin
> ---------------------