IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 JAN 31 PM 12: 03
CLERK
WESTERN DIST OF TEXAS
BY_____

| | | |
|---|---|---|
| DEIDRA WYNNE | § | |
| | § | |
| Plaintiff | § | |
| v. | § | Civil Action No. A-19-CV-00739-JRN |
| | § | |
| JUBILEE ACADEMIC CENTER, INC | § | |
| BLAKE SCHNEIDER | § | |
| SAM COFER | § | |
| | § | |
| Defendants | § | |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND ORIGINAL COMPLAINT

Plaintiff Deidra Wynne moves the Court for an order pursuant to Rule 15 (a), Federal Rules of Civil Procedure, for leave to file an **AMENDED COMPLAINT**, a copy of which is attached hereto. Counsel for defendants has opposed plaintiff's request for written Consent to Amend.

Plaintiff respectfully requests that the Court grant PLAINTIFF'S MOTION FOR LEAVE TO AMENDED COMPLAINT.

Respectfully submitted,

*/signature/* 1/31/20

Deidra Wynne
Plaintiff pro-se