IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEIDRA WYNNE | § § § | |
| Plaintiff *Pro-se* | § | |
| v. | § § | No. A-19-CV-00739-JRN |
| JUBILEE ACADEMIC CENTER, INC | § | |
| TOM KOGER, in individual capacity | § | |
| DANIEL AMADOR, in individual capacity | § | |
| BLAKE SCHNEIDER, in individual capacity | § | |
| SAM COFER, in individual capacity | § § | |
| Defendants | § | |

**PLAINTIFF'S ADR REPORT**

In accordance with Local Rule CV-88 and the Court's Scheduling Order in the above styled and numbered civil case entered on January 14, 2020, Plaintiff respectfully submits the following ADR Report for the Court's consideration.

**I.**

**Status of Settlement Negotiations**

Plaintiff produced a written offer of settlement to counsel for the defendants on February 2, 2020. The offer was refused by defendants, no further negotiation overtures were advanced, and parties have not yet achieved resolution.

## II.

### Authority Responsible for Settlement Negotiations

Plaintiff continues, to date, as pro-se litigant in the above-referenced civil action, and is the sole authority responsible for settlement negotiations.

## III.

### Appropriateness of ADR Procedures

Plaintiff asserts that parties should engage in good-faith efforts to resolve this dispute through alternative means, and, in accordance with Local Rule CV-88(a)(c) agrees to participate in any ADR method the Court regards as most appropriate to resolution of this dispute. Plaintiff respectfully requests the Court determine both method and provider best suited to resolution of this civil action. Plaintiff is in agreement that fees are to be shared between parties.

Respectfully submitted,

_____

/s/ **Deidra Wynne**
Plaintiff *pro-se*
108 Ridgewood Dr.
Georgetown, Tx 78628
512-277-0271
wynne2saywynne@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2020, I electronically submitted the foregoing document for filing with the Clerk for the U.S. District Court, Western District of Texas, via electronic case filing system of the Court, which will send notification of same to counsel for defendants:

Ricardo Lopez, Joseph Hoffer
SLH-Law
845 Proton Rd
San Antonio, Tx 78258
agarza@slh-law.com

                                                **/s/ Deidra Wynne**
                                                Plaintiff Pro-Se